# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON TOWER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRANSPORTES AEREOS PORTUGUESES, S.A. D/B/A TAP AIR PORTUGAL,<br><br>　　　　　　Defendant. | Case No. 2:22-cv-6746-JKS-SDA<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**<br><br>Motion Day: March 17, 2025 |

**To:** Counsel of Record (Via ECF)

**PLEASE TAKE NOTICE** that on March 17, 2025 or at a date and time set by the Court shall determine, Plaintiff Jon Tower ("Plaintiff"), by and through counsel, shall move before Hon. Stacey D. Adams, U.S.M.J. at the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey 07102, for an Order pursuant to Federal Rule of Civil Procedure 23 granting preliminary approval of the proposed Settlement between Plaintiff and Defendant Transportes Aereos Portugueses, S.A. d/b/a Tap Air Portugal, conditionally certifying the settlement class, appointing the law firms of Carella, Byrne, Cecchi, Brody & Agnello, P.C., and Glancy Prongay & Murray, LLP, as Settlement Class Counsel, appointing Plaintiff and Bianca Vazquez as Class Representatives, and approving the notice plan and appointment of Epiq Systems, Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of the relief requested, Plaintiff will rely upon the annexed Memorandum of Law, Declarations of James E. Cecchi and of Raymond D. Sulentic, and the exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order in enclosed and that the entry of the proposed form of Order is unopposed.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested by the parties.

Dated: February 12, 2025

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi, Esq.
Donald A. Ecklund, Esq.
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

Jonathan M. Rotter (*pro hac vice*)
Ray D. Sulentic (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

*Counsel for Plaintiff and the Settlement Class*