# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON TOWER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TRANSPORTES AEREOS PORTUGUESES, S.A. D/B/A TAP AIR PORTUGAL,<br><br>Defendant. | Case No. 2:22-cv-6746-JKS-SDA<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

**To:   Counsel of Record (Via ECF)**

**PLEASE TAKE NOTICE** that on October 23, 2025 at 10:00 a.m., Plaintiff Jon Tower ("Plaintiff"), by and through counsel, shall move before Hon. Stacey D. Adams, U.S.M.J. at the Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey 07102, for an Order pursuant to Federal Rule of Civil Procedure 23 granting final approval to the Settlement between Plaintiff and Defendant Transportes Aereos Portugueses, S.A. d/b/a Tap Air Portugal, certifying the settlement class, appointing the law firms of Carella, Byrne, Cecchi, Brody & Agnello, P.C.,

and Glancy Prongay & Murray, LLP, as Settlement Class Counsel, and appointing Plaintiff and Bianca Vazquez as Class Representatives.

**PLEASE TAKE FURTHER NOTICE** that in support of the relief requested, Plaintiff will rely upon the annexed Memorandum of Law, incorporated pleadings on file with the Court, and the Declaration of Lucas Q. Meyer.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed and that the entry of the proposed form of Order is unopposed.

Dated: September 19, 2025             Respectfully submitted,

                                                         /s/ *James E. Cecchi*
                                            James E. Cecchi
                                            Donald A. Ecklund
                                            Jordan M. Steele
                                            **CARELLA, BYRNE, CECCHI,**
                                            **BRODY & AGNELLO, P.C.**
                                            5 Becker Farm Road
                                            Roseland, New Jersey 07068
                                            Telephone: (973) 994-1700
                                            Facsimile: (973) 994-1744
                                            jcecchi@carellabyrne.com
                                            decklund@carellabyrne.com
                                            jsteele@carellabyrne.com

Jonathan M. Rotter+
Ray D. Sulentic+
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: info@glancylaw.com

*Counsel for Plaintiff and the Settlement Class*
 + Admitted pro hac vice