UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JON TOWER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TRANSPORTES AEREOS PORTUGUESES, S.A. d/b/a TAP AIR PORTUGAL,<br><br>Defendant. | Case No. 2:22-cv-6746-JKS-SDA |

**ORDER GRANTING PLAINTIFF JON TOWER'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

THIS MATTER having come before the Court for consideration of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards in accordance with the parties' Settlement Agreement (ECF No. 71);

WHEREAS, unless otherwise defined in this Order, the terms used in this Order that are defined in the Settlement Agreement shall have the same meaning as set forth in the Settlement Agreement;

WHEREAS, Defendant Transportes Aereos Portugueses, S.A. d/b/a Tap Air Portugal ("TAP" or "Defendant"), and Plaintiff Jon Tower, with Bianca Vazquez (together "Class Representatives") reached a Class settlement (the "Settlement");

WHEREAS, the parties submitted the Settlement Agreement together with their Motion for Preliminary Approval of the proposed Settlement to the Court;

WHEREAS, the Court gave its preliminary approval of the Settlement on April 22, 2025 (the "Preliminary Approval Order") and directed the parties to provide notice to the Class of the proposed Settlement and the Final Approval Hearing by regular mail and via the internet;

WHEREAS, Plaintiff submitted his Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards on August 25, 2025 (ECF No. 71);

WHEREAS, there has been no objection to Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards as of the date of this Order; and

WHEREAS, on October 23, 2025, the Court conducted the Final Approval Hearing to determine whether the proposed Settlement is fair, reasonable, and adequate, whether the Settlement should be granted final approval by this Court, and whether the request for attorneys' fees and reimbursement of expenses in the amount of $800,000, and Class Representatives' $5,000 service awards totaling the amount of $10,000 should be awarded;

WHEREAS, the parties having appeared at the Final Approval Hearing; and

WHEREAS, the Court having reviewed Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards, all papers filed and proceedings held herein in connection with the Settlement, all oral and written comments received regarding the Settlement, and the record in the Action, and good cause appearing therefore;

IT IS ON THIS 23rd day of ___October___, 2025, ORDERED and ADJUDGED that the Motion for an Award of Attorneys' Fees,

Reimbursement of Expenses, and Class Representatives' Service Awards (**ECF No. 71**) is hereby **GRANTED** as follows:

    A.    The Court finds, upon review of the Settlement, all papers filed and proceedings held herein in connection with the Settlement, all oral and written comments received regarding the Settlement, and the record in the Action that Class Counsel's request for attorneys' fees and reimbursement of expenses is fair and reasonable.

    B.    The Court finds that the Fees and Expenses are reasonable, considering: (1) the valuable economic benefits available to the Class under the Settlement; (2) the absence of any objection to the fees requested by counsel; (3) the skill and efficiency of the attorneys involved; (4) the complexity and duration of the litigation; (5) the risk of nonpayment; (6) the amount of time devoted to the case by Class Counsel; and (7) the awards in similar cases.

    C.    The Court hereby grants Class Counsel's request for an award of attorneys' fees, including reimbursement of costs and expenses, in the amount of $800,000.

D.    The Court hereby grants service awards in the amount of $5,000 to each Settlement Class Representative, which will be paid separately by TAP in accordance with the Settlement Agreement.

**IT IS SO ORDERED.**

                                            _s/ Stacey D. Adams_
                                          Hon. Stacey D. Adams, U.S.M.J.

*\* For the reasons stated on the record on October 23, 2025*

*\* The Clerk of the Court is directed to terminate the motion at ECF No. 71*